**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/04/2017

IN RE:

MARVIN K. MALLORY
TANYA L. MALLORY
6233 HALLWOOD DRIVE
VERONA, PA  15147
XXX-XX-3320         Debtor(s)

XXX-XX-6746

Case No.13-20409 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/4/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:23-3<br>CLAIM: 0.00<br>COMMENT: PMT/DECL-CONF*DK4LMT*AMD*BGN 2/13*FR BOA-DOC 87*DKT | | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 2209 |
| **LEASE & RENTAL MGT CORP - D/B/A AUTO LOA**<br>C/O BOGHOSIAN & MORRIS<br>45 HAVERHILL ST<br>ANDOVER, MA  01810 | Trustee Claim Number:2   INT %: 5.00%<br>Court Claim Number:15<br>CLAIM: 4,486.50<br>COMMENT: $/PL-CL@5%MDF/PL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4296 |
| **FAST LOANS AT DOLLAR SMART**<br>C/O AAS DEBT RECOVERY INC<br>PO BOX 129<br>MONROEVILLE, PA  15146 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 435.16<br>COMMENT: NO NUM/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 25915096 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CITY CO FEDERAL CREDIT UNION***<br>220 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CONSUMER COLLECTION MANA**<br>POB 1839<br>MARYLAND HEIGHTS, MO  63043 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **DOLLAR BANK FSB(*)**<br>ATTN: COLLECTION DEPT<br>PO BOX 3969<br>PITTSBURGH, PA  15230 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:25<br>CLAIM: 855.61<br>COMMENT: NO NUM/SCH | | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 5191 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN: BANKRUPTCY DEPARTMENT<br>225 NORTH SHORE DRIVE STE 300<br>PITTSBURGH, PA  15212 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:24<br>CLAIM: 1,638.71<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9013 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS LP<br>POB 10675<br>GREENVILLE, SC  29603 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 4,732.97<br>COMMENT: SEARS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3718 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:21<br>CLAIM:  505.38<br>COMMENT:  FIRST PREMIER/ARROW | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9100 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:19<br>CLAIM:  179.55<br>COMMENT:  GEMB SAMS CLUB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6968 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:18<br>CLAIM:  322.43<br>COMMENT:  PLAINS COMMERCE*NATN'L CREDIT ADJ*NO NUM/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9443 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  21,994.88<br>COMMENT:  FR PHEAA*DOC 33 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3320 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  51,781.62<br>COMMENT:  FR AES/PHEAA*DOC 26 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6746 |
| **RJM ACQUISITIONS LLC*++**<br>575 UNDERHILL BLVD STE 224<br>SYOSSET, NY  11791 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  717.56<br>COMMENT:  NO NUM/SCH*TARGET*NTC-RSV | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5990 |
| **THINK CASH FDB++**<br>BRANDYWINE COMMONS<br>1000 ROCKY RUN PARK<br>WILMINGTON, DE  19803 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **VERIZON WIRELESS**++**<br>BANKRUPTCY ADMINISTRATION<br>PO BOX 3397<br>BLOOMINGTON, IL  61702 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:23-3<br>CLAIM:  16,854.64<br>COMMENT:  CL23-3ARRSGOV*$CL-PL*AMD*THRU 1/13*FR BOA-DOC 87*DKT | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  2209 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  332.92<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7002 |

| Creditor | Trustee Claim # | INT % | CRED DESC | Court Claim # | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| **PENN HILLS SD (PENN HILLS) (EIT)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | 21 | 0.00% | PRIORITY CREDITOR | 7 | 3320 | 730.86 | 05-06,2009*TTL/CL-PL*NT/SCH*W/37 |
| **PENN HILLS SEWAGE(*)**<br>C/O PORTNOFF LAW ASSOC LTD-DLNQ CLCTR<br>POB 3020<br>NORRISTOWN, PA  19404 | 22 | 10.00% | SECURED CREDITOR | 16 | 0874 | 201.04 | 1320874;07-PRIOR*CL 16 GOVS*$73.65TTL/PL@10%*NT/SCH*W/23 |
| **PENN HILLS SEWAGE(*)**<br>C/O PORTNOFF LAW ASSOC LTD-DLNQ CLCTR<br>POB 3020<br>NORRISTOWN, PA  19404 | 23 | 0.00% | SECURED CREDITOR | 16 | 0874 | 63.98 | 1320874;07-PRIOR*NON%*CL 16 GOVS*73.65TTL/PL@10%*NT/SCH*W/22 |
| **RJM ACQUISITIONS LLC*++**<br>575 UNDERHILL BLVD STE 224<br>SYOSSET, NY  11791 | 24 | 0.00% | UNSECURED CREDITOR | 4 | 4729 | 805.41 | NT/SCH*MBNA*NTC-RSV |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 25 | 0.00% | UNSECURED CREDITOR | 5 | 7315 | 525.00 | NT/SCH*URBAN TRUST BNK |
| **QUANTUM3 GROUP LLC AGNT - GALAXY ASSET**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 26 | 0.00% | UNSECURED CREDITOR | 6 | 0658 | 1,271.59 | NT/SCH*ASSOC BNK |
| **SENECA DENTAL CENTER/MARK ANTONNUCI D**<br>C/O AAS DEBT RECOVERY INC<br>PO BOX 129<br>MONROEVILLE, PA  15146 | 27 | 0.00% | UNSECURED CREDITOR | 9 | 988800 | 247.80 | NT/SCH*MARK ANTONUCCI DMD |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | 28 | 0.00% | UNSECURED CREDITOR | 11 | 7347 | 312.19 | NT/SCH |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | 29 | 0.00% | UNSECURED CREDITOR | 10 | 0001 | 539.94 | NT/SCH |
| **PREMIER BANKCARD/CHARTER**<br>C/O CSI<br>POB 2208<br>VACAVILLE, CA  95696 | 30 | 0.00% | UNSECURED CREDITOR | 13 | 9828 | 446.71 | NT/SCH*CL DKT |

| Creditor | Claim Info | Description |
|---|---|---|
| **PREMIER BANKCARD/CHARTER**<br>C/O CSI<br>POB 2208<br><br>VACAVILLE, CA  95696 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  407.98<br>COMMENT:  NT/SCH*CL DKT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6599 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:17<br><br>CLAIM:  120.46<br>COMMENT:  NT/SCH*RJM-CHILDRENS BK OF THE MONTH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9531 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:20<br><br>CLAIM:  1,093.25<br>COMMENT:  NT/SCH*FFPM CARMEL HLDNGS*HSBC | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4975 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:23-3<br><br>CLAIM:  100.00<br>COMMENT:  PAY/CONF*NT/PL*AMD NTC POSTPET FEE/EXP*REF CL*W/19*DK*FR BOA-DOC 87 | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  2209 |
| **CONSUMER PORTFOLIO SVCS/CPS**<br>POB 57071<br><br>IRVINE, CA  92619-7071 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:26<br><br>CLAIM:  0.00<br>COMMENT:  PMT/PL-CL*BGN 8/16/PL~NO ARRS/CL*440.50X18+2=LMT | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  1551 |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NATIONSTAR MORT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PENN HILLS MUNICIPALITY (EIT)****<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15236 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  1,827.09<br>COMMENT:  TTL/CL-PL*NT/SCH*05-06, 2009*W/21 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  3320 |