UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 13-20409CMB |
| MARVIN K. MALLORY | Chapter 13 |
| TANYA L. MALLORY | Document #_____ |
| Debtor(s) | |
| Ronda J. Winnecour, Trustee | Filed Under Local Bankruptcy |
| Movant | Rule 9013.4 para. 6(c) |
| vs. | |
| MARVIN K. MALLORY | |
| TANYA L. MALLORY | |
| Respondent(s) | |

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S
## MOTION TO DISMISS

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Motion to Dismiss filed on 3/27/2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion to Dismiss appears thereon. Pursuant to the Notice of Hearing, Objections to the Trustee's Motion to Dismiss were to be filed and served no later than 4/16/2018.


04/17/2018                          /s/ Ronda J. Winnecour
                                    _____
                                    RONDA J WINNECOUR PA ID #30399
                                    CHAPTER 13 TRUSTEE WD PA
                                    600 GRANT STREET
                                    SUITE 3250 US STEEL TWR
                                    PITTSBURGH, PA 15219
                                    (412) 471-5566
                                    cmecf@chapter13trusteewdpa.com