UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Marvin K. Mallory & Tanya L. Mallory, | : | Bankruptcy No. 13-20409 |
| Debtors | : | |
| | : | Chapter 13 |
| Marvin K. Mallory & Tanya L. Mallory, Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondent | : | |

### **CERTIFICATE OF NO OBJECTION REGARDING MOTION TO RECONSIDER DISMISSAL OF CASE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Reconsider filed on April 25, 2018 has been received.  The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 9, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/Shawn N. Wright
Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
Pa. I.D. No. 64103
shawn@shawnwrightlaw.com