IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Marvin K. Mallory & Tanya L. Mallory,<br>Debtors | : | Bankruptcy No. 13-20409 |
| | : | Chapter 13 |
| Marvin K. Mallory & Tanya L. Mallory, Movants | : | |
| | : | |
| v. | : | re doc. 104 |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>Respondent | : | |

# ENTERED BY DEFAULT

## ORDER OF COURT

AND NOW, this __11th__ day of __May__, 2018, upon the Motion to Reconsider the Dismissal of Case, it is ORDERED, ADJUDGED AND DECREED that this case shall be and is reopened. The Order Dismissing Case shall be vacated.

BY THE COURT:

_Carlota M. Böhm_  **dms**
U.S. Bankruptcy Judge

FILED
5/11/18 1:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Marvin K. Mallory  
Tanya L. Mallory  
      Debtors

Case No. 13-20409-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: May 11, 2018  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.  
db/jdb        +Marvin K. Mallory,   Tanya L. Mallory,   6233 Hallwood Drive,   Verona, PA 15147-2524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:

          Allison F. Wells    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com, fedphe@hotmail.com;amber.zinski@phelanhallinan.com  
          James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
          James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com, james.prostko@phelanhallinan.com  
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net  
          Jeremy J. Kobeski    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com  
          Jerome B. Blank    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com  
          Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com  
          Joseph A. Dessoye    on behalf of Creditor    Bank of America, N.A. et. al. pawb@fedphe.com  
          Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. jschalk@barley.com, sromig@barley.com  
          Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
          Kevin H. Buraks    on behalf of Creditor    Municipality of Penn Hills kburaks@portnoffonline.com  
          Mario J. Hanyon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pawb@fedphe.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          Shawn N. Wright    on behalf of Joint Debtor Tanya L. Mallory shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com  
          Shawn N. Wright    on behalf of Debtor Marvin K. Mallory shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com

                                                                                                        TOTAL: 17