IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Marvin K. Mallory & Tanya L. Mallory, | : | Bankruptcy No. 13-20409 |
| Debtors | : | |
| | : | Chapter 13 |
| Marvin K. Mallory & Tanya L. Mallory, Movants | : | |
| | : | |
| v. | : | Hrg: 9/19/2018 @ 10 am |
| | : | |
| Nationstar Mortgage; Lease & Rental Management; | : | |
| Consumer Portfolio Services; Penn Hills Sewage; | : | |
| Penn Hills Municipality; Fast Loans at Dollar Smart; | | |
| Capital One; City County Federal Credit Union; | : | |
| Consumer Collection Management; Peoples Gas; | : | |
| LVN V Funding; Jefferson Capital Systems; | : | |
| ECMC; RJM Acquisitions; Think Cash FDS; | : | |
| Verizon Wireless; Duquesne Light Company; | : | |
| Quantum 3 Group LLC; Seneca Dental Center; | : | |
| American Infosource LP; Premier Bankcard; | : | |
| Dollar Bank, and | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondent | : | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR HARDSHIP DISCHARGE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Hardship Discharge filed on July 23, 2018 has been received.  The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 9, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/Shawn N. Wright
Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
Pa. I.D. No. 64103
shawn@shawnwrightlaw.com