IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Marvin K. Mallory & Tanya L. Mallory,<br>                                         Debtors | Bankruptcy No. 13-20409 |
| | Chapter 13 |
| Marvin K. Mallory & Tanya L. Mallory, Movants | Related to Document No. 113 |
| v. | |
| Nationstar Mortgage; Lease & Rental Management;<br>Consumer Portfolio Services; Penn Hills Sewage;<br>Penn Hills Municipality; Fast Loans at Dollar Smart;<br>Capital One; City County Federal Credit Union;<br>Consumer Collection Management; Peoples Gas;<br>LVN V Funding; Jefferson Capital Systems;<br>ECMC; RJM Acquisitions; Think Cash FDS;<br>Verizon Wireless; Duquesne Light Company;<br>Quantum 3 Group LLC; Seneca Dental Center;<br>American Infosource LP; Premier Bankcard;<br>Dollar Bank, and<br>Ronda J. Winnecour, Chapter 13 Trustee,<br>                                         Respondent | **ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, this __20th__ day of __August__, 2018, upon the Motion for Hardship Discharge, it is ORDERED, ADJUDGED AND DECREED that that Debtors are granted a discharge under Section 1328(b) of Title 11, United States Bankruptcy Code.

BY THE COURT:

_Carlota M. Böhm_
U.S. Bankruptcy Judge

kmt

FILED
8/20/18 6:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                        Case No. 13-20409-CMB
Marvin K. Mallory                                             Chapter 13
Tanya L. Mallory
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2         User: amaz              Page 1 of 2          Date Rcvd: Aug 21, 2018
                             Form ID: pdf900         Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
db/jdb       +Marvin K. Mallory,   Tanya L. Mallory,   6233 Hallwood Drive,   Verona, PA 15147-2524
cr           +BANK OF AMERICA, N.A.,   2380 Performance Dr,   Richardson, TX 75082-4333
cr            Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA   15219
13558030     +AAS Debt Recovery,   PO Box 129,   Monroeville, PA 15146-0129
13570161     +AES/PHEAA,   PO Box 8147,   Harrisburg PA 17105-8147
13558031    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   4161 Piedmont Parkway,   Greensboro, NC 27410)
13651143     +Bank of America, N.A.,   7105 Corporate Drive,   Plano, TX 75024-4100
14226011     +Bank of America, NA,   P.O. Box 31785,   Tampa, FL 33631-3785
13558033     +City County FCU,   220 Grant Street,   Pittsburgh, PA 15219-2123
13558036    ++DOMINION VIRGINIA POWER,   PO BOX 26666,   18TH FLOOR,   RICHMOND VA 23261-6666
             (address filed with court: Dominion Peoples,   P.O. Box 26666,   Richmond, VA 23261)
13558035      Dollar Bank,   Three Gateway Center,   Pittsburgh, PA 15222
13683883     +Dollar Bank FSB,   PO Box 3969,   Pittsburgh, PA 15230-3969
13626375     +ECMC,   PO BOX 16408,   St. Paul, MN 55116-0408
13558037     +Lease and Rental Mgmt Corp d/b/a Auto Loan,   45 Haverhill Street,   Andover, MA 01810-1414
13616090     +Municipality of Penn Hills,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
               Norristown, PA 19404-3020
14405151    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: NATIONSTAR MORTGAGE, LLC,   PO BOX 619096,   DALLAS, TX 75261-9741)
13558039     +National Credit Adjustment,   327 W 4th Avenue,   Hutchinson, KS 67501-4842
13558040      PHEAA,   1200 North Seventh Street,   Harrisburg, PA 17102-1444
13652657     +Peoples Natural Gas Co. LLC,   Attn: Andrew Weisner,   375 North Shore Dr., Suite 600,
               Pittsburgh, PA 15212-5866
13558041      RJM Acquisitions,   P.O. Box 18013,   Hauppauge, NY 11788
13558042     +ThinkCashFBD,   PO Box 10178,   Fort Worth, TX 76114-0178

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13592812      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 22 2018 01:58:56
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK   73124-8838
13558032      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 22 2018 01:58:55      Capital One,
               PO Box 85520,   Richmond, VA 23285-5075
14225890     +E-mail/Text: bankruptcy@consumerportfolio.com Aug 22 2018 01:56:05
               CONSUMER PORTFOLIO SERVICES, INC.,   P.O. BOX 57071,   IRVINE, CA. 92619-7071
13558034     +E-mail/Text: stacy@consumercollection.com Aug 22 2018 01:56:10      Consumer Collection MN,
               2333 Grissom Drive,   Saint Louis, MO 63146-3322
13606336     +E-mail/Text: kburkley@bernsteinlaw.com Aug 22 2018 01:56:16      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1908
13635610      E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 22 2018 01:56:06      Jefferson Capital Systems LLC,
               PO BOX 7999,   SAINT CLOUD MN 56302-
13558038     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 22 2018 01:58:37      LVNV Funding,
               P.O. Box 10584,   Greenville, SC 29603-0584
13648133      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 22 2018 01:58:36      LVNV Funding LLC,
               c/o Resurgent Capital Services,   P.O. Box 10675,   Greenville, SC 29603-0675
13645287      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 22 2018 01:58:37
               LVNV Funding, LLC its successors and assigns as,   assignee of FFPM Carmel Holdings I, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13645288      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 22 2018 01:58:47
               LVNV Funding, LLC its successors and assigns as,   assignee of Arrow Financial Services,,
               LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13645286      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 22 2018 01:58:47
               LVNV Funding, LLC its successors and assigns as,   assignee of General Electric Capital,
               Corporation,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13598656     +E-mail/Text: csidl@sbcglobal.net Aug 22 2018 01:56:09      Premier Bankcard/Charter,
               P.O. Box 2208,   Vacaville, CA 95696-8208
13584430      E-mail/Text: bnc-quantum@quantum3group.com Aug 22 2018 01:55:50
               Quantum3 Group LLC as agent for,   Galaxy Asset Purchasing LLC,   PO Box 788,
               Kirkland, WA  98083-0788
13580619      E-mail/Text: bnc-quantum@quantum3group.com Aug 22 2018 01:55:51
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13558043     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 22 2018 01:55:43
               Verizon Wireless,   1515 Woodfield Road, Suite 1400,   Schaumburg, IL 60173-5443
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bank Of America, N.A.
cr            Bank of America, N.A. et. al.
cr            NATIONSTAR MORTGAGE LLC
```

```
District/off: 0315-2              User: amaz                 Page 2 of 2                  Date Rcvd: Aug 21, 2018
                                  Form ID: pdf900            Total Noticed: 36
cr*              ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr*             +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr*             +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
13651651*        ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13635619*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court:  Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
13586866       ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
13572028       ##+Rjm Acquisitions Funding Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
13572026       ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                               TOTALS: 3, * 5, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
              Allison F. Wells    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com,
               fedphe@hotmail.com;amber.zinski@phelanhallinan.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Jeremy J. Kobeski    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    Bank of America, N.A. et. al. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. jschalk@barley.com,
               sromig@barley.com
              Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Kevin H. Buraks    on behalf of Creditor    Municipality of Penn Hills kburaks@portnoffonline.com
              Mario J. Hanyon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Joint Debtor Tanya L. Mallory shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              Shawn N. Wright    on behalf of Debtor Marvin K. Mallory shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
                                                                                             TOTAL: 17
```