# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>MARVIN K. MALLORY<br>TANYA L. MALLORY<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:13-20409<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR UNDER 1328(b) AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of the payments to creditors and the claims filed in the Chapter 13 Case. The Court has separately ruled that a discharge under Section 1328(b) should be granted.

3. Attached hereto please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

WHEREFORE, the Trustee respectfully requests that the Court,

　　(a) Approve the Trustee's Report of Receipts and Disbursements,
　　(b) Revest property of the estate with the debtor(s),
　　(c) Terminate wage attachments, and
　　(d) Enter a final decree and close this case.

10/12/2018

/s/　Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 01/30/2013 and confirmed on 5/10/13. The case was subsequently (GD)DISCHARGED UNDER 11 USC 1328(B)$ TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 101,115.50 |
| Less Refunds to Debtor | 1,437.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 99,678.50 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,581.00 | |
|   Trustee Fee | 3,836.20 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,417.20 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 58,648.69 | 0.00 | 58,648.69 |
|     Acct: 2209 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 16,854.64 | 16,854.64 | 0.00 | 16,854.64 |
|     Acct: 2209 | | | | |
|   PENN HILLS SEWAGE(*) | 201.04 | 143.85 | 64.86 | 208.71 |
|     Acct: 0874 | | | | |
|   PENN HILLS SEWAGE(*) | 63.98 | 47.54 | 0.00 | 47.54 |
|     Acct: 0874 | | | | |
|   LEASE & RENTAL MGT CORP - D/B/A AUT | 4,486.50 | 4,486.50 | 160.45 | 4,646.95 |
|     Acct: 4296 | | | | |
| | | | | 80,406.53 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 3,581.00 | 3,581.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARVIN K. MALLORY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARVIN K. MALLORY | 1,437.00 | 1,437.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PENN HILLS SD (PENN HILLS) (EIT)** | 730.86 | 0.00 | 0.00 | 0.00 |
|     Acct: 3320 | | | | |
|   PENN HILLS MUNICIPALITY (EIT)** | 1,827.09 | 0.00 | 0.00 | 0.00 |
|     Acct: 3320 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 100.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2209 | | | | |
|   CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 11,854.77 | 0.00 | 11,854.77 |
|     Acct: 1551 | | | | |
| | | | | 11,854.77 |
| **Unsecured** | | | | |
|   FAST LOANS AT DOLLAR SMART | 435.16 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX5096 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| CITY CO FEDERAL CREDIT UNION* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CONSUMER COLLECTION MANA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,638.71 | 0.00 | 0.00 | 0.00 |
| Acct: 9013 | | | | |
| LVNV FUNDING LLC | 4,732.97 | 0.00 | 0.00 | 0.00 |
| Acct: 3718 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 505.38 | 0.00 | 0.00 | 0.00 |
| Acct: 9100 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 179.55 | 0.00 | 0.00 | 0.00 |
| Acct: 6968 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 322.43 | 0.00 | 0.00 | 0.00 |
| Acct: 9443 | | | | |
| ECMC(*) | 21,994.88 | 0.00 | 0.00 | 0.00 |
| Acct: 3320 | | | | |
| ECMC(*) | 51,781.62 | 0.00 | 0.00 | 0.00 |
| Acct: 6746 | | | | |
| RJM ACQUISITIONS LLC*++ | 717.56 | 0.00 | 0.00 | 0.00 |
| Acct: 5990 | | | | |
| THINK CASH FDB++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| VERIZON WIRELESS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DUQUESNE LIGHT COMPANY* | 332.92 | 0.00 | 0.00 | 0.00 |
| Acct: 7002 | | | | |
| RJM ACQUISITIONS LLC*++ | 805.41 | 0.00 | 0.00 | 0.00 |
| Acct: 4729 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 525.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7315 | | | | |
| QUANTUM3 GROUP LLC AGNT - GALAXY | 1,271.59 | 0.00 | 0.00 | 0.00 |
| Acct: 0658 | | | | |
| SENECA DENTAL CENTER/MARK ANTON | 247.80 | 0.00 | 0.00 | 0.00 |
| Acct: XX8800 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 312.19 | 0.00 | 0.00 | 0.00 |
| Acct: 7347 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 539.94 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PREMIER BANKCARD/CHARTER | 446.71 | 0.00 | 0.00 | 0.00 |
| Acct: 9828 | | | | |
| PREMIER BANKCARD/CHARTER | 407.98 | 0.00 | 0.00 | 0.00 |
| Acct: 6599 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 120.46 | 0.00 | 0.00 | 0.00 |
| Acct: 9531 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,093.25 | 0.00 | 0.00 | 0.00 |
| Acct: 4975 | | | | |
| DOLLAR BANK FSB(*) | 855.61 | 0.00 | 0.00 | 0.00 |
| Acct: 5191 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                             92,261.30

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 2,657.95 |
| SECURED | 21,606.16 |
| UNSECURED | 89,267.12 |

Date: 10/12/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MARVIN K. MALLORY
    TANYA L. MALLORY
         Debtor(s)

    Ronda J. Winnecour
         Movant
      vs.
    No Repondents.

Case No.:13-20409
Chapter 13

Document #_____

## ORDER OF COURT

AND NOW, this ____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor under 1328(b) and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED**, **ADJUDGED** and **DECREED**, as follows:

(1) Property of the estate revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate are hereby terminated.

(2) Each and every creditor is bound by the provision of the plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or had rejected the plan.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employers.

(4) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-20409-CMB
Marvin K. Mallory                                                               Chapter 13
Tanya L. Mallory
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: kthe              Page 1 of 2           Date Rcvd: Oct 18, 2018
                            Form ID: pdf900        Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
```
db/jdb         +Marvin K. Mallory,    Tanya L. Mallory,    6233 Hallwood Drive,    Verona, PA 15147-2524
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr,    Richardson, TX 75082-4333
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
13558030       +AAS Debt Recovery,    PO Box 129,    Monroeville, PA 15146-0129
13570161       +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
13558031      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     4161 Piedmont Parkway,    Greensboro, NC 27410)
13651143       +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
14226011       +Bank of America, NA,    P.O. Box 31785,    Tampa, FL 33631-3785
13558033       +City County FCU,    220 Grant Street,    Pittsburgh, PA 15219-2123
13558036      ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
                (address filed with court: Dominion Peoples,     P.O. Box 26666,    Richmond, VA 23261)
13558035        Dollar Bank,    Three Gateway Center,    Pittsburgh, PA 15222
13683883       +Dollar Bank FSB,    PO Box 3969,    Pittsburgh, PA 15230-3969
13626375       +ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
13558037       +Lease and Rental Mgmt Corp d/b/a Auto Loan,     45 Haverhill Street,    Andover, MA 01810-1414
13616090       +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,     P.O. Box 3020,
                 Norristown, PA 19404-3020
14405151      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: NATIONSTAR MORTGAGE, LLC,     PO BOX 619096,    DALLAS, TX 75261-9741)
13558039       +National Credit Adjustment,    327 W 4th Avenue,    Hutchinson, KS 67501-4842
13558040        PHEAA,    1200 North Seventh Street,    Harrisburg, PA 17102-1444
13652657       +Peoples Natural Gas Co. LLC,    Attn: Andrew Weisner,    375 North Shore Dr., Suite 600,
                 Pittsburgh, PA 15212-5866
13558041        RJM Acquisitions,    P.O. Box 18013,    Hauppauge, NY 11788
13558042       +ThinkCashFBD,    PO Box 10178,    Fort Worth, TX 76114-0178
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13592812        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2018 02:17:07
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13558032        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2018 02:17:04      Capital One,
                 PO Box 85520,    Richmond, VA 23285-5075
14225890       +E-mail/Text: bankruptcy@consumerportfolio.com Oct 19 2018 02:11:34
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13558034       +E-mail/Text: stacy@consumercollection.com Oct 19 2018 02:11:39      Consumer Collection MN,
                 2333 Grissom Drive,    Saint Louis, MO 63146-3322
13606336       +E-mail/Text: kburkley@bernsteinlaw.com Oct 19 2018 02:11:44      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13635610        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 19 2018 02:11:35      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-
13558038       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2018 02:17:34      LVNV Funding,
                 P.O. Box 10584,    Greenville, SC 29603-0584
13648133        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2018 02:17:21      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
13645287        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2018 02:17:22
                 LVNV Funding, LLC its successors and assigns as,    assignee of FFPM Carmel Holdings I, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13645288        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2018 02:17:20
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13645286        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2018 02:17:21
                 LVNV Funding, LLC its successors and assigns as,    assignee of General Electric Capital,
                 Corporation,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13598656       +E-mail/Text: csidl@sbcglobal.net Oct 19 2018 02:11:38      Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
13584430        E-mail/Text: bnc-quantum@quantum3group.com Oct 19 2018 02:11:12
                 Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13580619        E-mail/Text: bnc-quantum@quantum3group.com Oct 19 2018 02:11:12
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13558043       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 19 2018 02:11:01
                 Verizon Wireless,    1515 Woodfield Road, Suite 1400,    Schaumburg, IL 60173-5443
                                                                                               TOTAL: 15
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Bank Of America, N.A.
cr              Bank of America, N.A. et. al.
cr              NATIONSTAR MORTGAGE LLC
```

```
District/off: 0315-2            User: kthe                  Page 2 of 2                  Date Rcvd: Oct 18, 2018
                                Form ID: pdf900             Total Noticed: 36

cr*              ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr*             +Municipality of Penn Hills,    c/o Portnoff Law Associates, Ltd.,     P.O. Box 3020,
                 Norristown, PA 19404-3020
cr*             +Penn Hills School District,    c/o Maiello, Brungo & Maiello, LLP,     3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
13651651*        ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13635619*       ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court:  Jefferson Capital Systems LLC,     PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
13586866       ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,     3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
13572028       ##+Rjm Acquisitions Funding Llc,    575 Underhill Blvd, Suite 224,     Syosset, NY 11791-3416
13572026       ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                        TOTALS: 3, * 5, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
              Allison F. Wells     on behalf of Creditor   Bank Of America, N.A. pawb@fedphe.com,
               fedphe@hotmail.com;amber.zinski@phelanhallinan.com
              James Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District jlc@mbm-law.net
              Jeremy J. Kobeski    on behalf of Creditor   BANK OF AMERICA, N.A. pawb@fedphe.com
              Jerome B. Blank     on behalf of Creditor    Bank Of America, N.A. pawb@fedphe.com
              Jerome B. Blank     on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor   Bank of America, N.A. et. al. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    BANK OF AMERICA, N.A. jschalk@barley.com,
               sromig@barley.com
              Joshua I. Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Kevin H. Buraks    on behalf of Creditor     Municipality of Penn Hills kburaks@portnoffonline.com
              Mario J. Hanyon    on behalf of Creditor     NATIONSTAR MORTGAGE LLC pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Joint Debtor Tanya L. Mallory shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              Shawn N. Wright    on behalf of Debtor Marvin K. Mallory shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
                                                                                             TOTAL: 17
```